# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBACCU JEUNE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF THE MESA VERDE<br>DETENTION FACILITY, et al.,<br><br>　　　　　Respondents. | Case No. 1:26-cv-03493-KES-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO<br>SUBMIT PETITIONER'S UPDATED<br>ADDRESS AND TO RE-SERVE<br>OPPOSITION ON PETITIONER AT<br>CURRENT ADDRESS |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 15, 2026, Petitioner filed a notice of change of address to what appears to be a residential address in Miami, Florida. (ECF No. 9.) On May 22, 2026, Respondents filed a motion to dismiss, which states that "Petitioner remains in custody at the Mesa Verde Detention Facility," with citation to the petition. (ECF No. 10 at 2.) Respondents filed a certificate of service indicating that the motion to dismiss was mailed to Petitioner at the Mesa Verde Detention Facility. (Id. at 9.)

A search of U.S. Immigration and Customs Enforcement's ("ICE") Online Detainee Locator System shows Petitioner is detained at the Mesa Verde Detention Facility. See ICE, Online Detainee Locator System, https://locator.ice.gov/odls/#/search (last visited May 26, 2026). However, the Court notes that ICE's Online Detainee Locator System may list incorrect information and may not be updated in a timely manner.

1

Accordingly, the Court HEREBY ORDERS that within **TWO (2) days** of the date of service of this order, Respondents SHALL:

1. Confirm Petitioner's current address and file Petitioner's current address with the Court; and

2. If necessary, re-serve the motion to dismiss on Petitioner at his current address and file a certificate of service.

IT IS SO ORDERED.

Dated:   **May 26, 2026**                    /s/ _Erica P. Grosjean_
                                          UNITED STATES MAGISTRATE JUDGE

2