# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBACCU JEUNE,<br><br>       Petitioner,<br><br>       v.<br><br>WARDEN OF THE MESA VERDE<br>DETENTION FACILITY, et al.,<br><br>       Respondents. | Case No. 1:26-cv-03493-KES-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT<br>TO CHANGE PETITIONER'S ADDRESS |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 15, 2026, Petitioner filed a notice of change of address to what appears to be a residential address in Miami, Florida. (ECF No. 9.) A search of U.S. Immigration and Customs Enforcement's ("ICE") Online Detainee Locator System shows Petitioner is detained at the Mesa Verde Detention Facility. See ICE, Online Detainee Locator System, https://locator.ice.gov/odls/#/search (last visited May 26, 2026).

On May 26, 2026, the Court ordered Respondents to confirm Petitioner's current address and submit the address to the Court. (ECF No. 11.) On May 27, 2026, Respondents confirmed that "Petitioner is currently detained at the Mesa Verde Detention Facility located at 425 Golden State Avenue, Bakersfield, CA 93301." (ECF No. 13 at 2.)

\\\

1

Accordingly, the Court DIRECTS the Clerk of Court to change Petitioner's address to:

> Mesa Verde Detention Facility
> 425 Golden State Ave.
> Bakersfield, CA 93301

IT IS SO ORDERED.

Dated:    **May 28, 2026**                    /s/ _Erica P. Grosjean_
                                              UNITED STATES MAGISTRATE JUDGE